**SO ORDERED.**

**DONE and SIGNED June 28, 2013.**



*[signature]*
STEPHEN V. CALLAWAY
UNITED STATES BANKRUPTCY JUDGE
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

IN RE: Leslie H. Thompson           Case # 11-11656
                                                                 Chapter 13

**ORDER AND NOTICE OF DISMISSAL**

The above named debtor(s) filed a petition in this Court on *June 30, 2011* under chapter 13 of the U.S. Bankruptcy Code.
Pursuant to the Order signed on *May 28, 2013*, debtor was granted 15 days from the noticing of this Order to *" file and notice and amended plan and pay pursuant to that plan, voluntarily dismiss the case or file a Motion to Convert the Case to Chapter 7,. Failure to take the above directed actions being cause for the dismissal of the case without further hearing upon the filing of an Ex Parte Motion by the Trustee with a 109(g) finding"*. The Standing Chapter 13 Trustee now reports that *no amended schedules or plan, Motion to Convert to Chapter 7 or Voluntarily Dismiss* has been filed and the case should be dismissed;
**IT IS FURTHER ORDERED** that the Chapter 13 Case be and the same hereby dismissed with a 109(g) finding.
**IT IS FURTHER ORDERED** that the Trustee disburse all monies on hand, if any, to the Creditors/Debtor(s) after deducting the percentage fees prescribed by 11 U. S. C. Section 1302(e)(2).
**IT IS FURTHER ORDERED** that after Trustee has disbursed the remaining funds as indicated above, the account be closed and a final accounting be filed.
**IT IS FURTHER ORDERED** that the Trustee be discharged and released from his trust, his bond cancelled and the sureties thereon released.
**IT IS FURTHER ORDERED** that any Order directed to the employer/debtor to turn over to the Trustee a portion of wages of the debtor is hereby revoked and rescinded.
**IT IS FURTHER ORDERED** that the provisions of 11 U. S. C Section 362(a) and 11 U.S.C. Section 1301 staying certain acts and proceedings against debtor(s) and his/her or their property and against certain co-debtors are no longer in effect.
**IT IS FURTHER ORDERED** that notice be sent to all creditors that the Chapter 13 Case was dismissed, and that creditors should now look directly to debtor for satisfaction of any balances owing upon their claim.
                                                                               ###
This Order is being prepared and submitted by:
Lucy G. Sikes, Chapter 13 Trustee
P O B 1770
Shreveport, LA 71166